**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Samsung Electronics Co. v. United States

No. 2015-1921

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Whirlpool Corporation
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant   ☐ Respondent or appellee

Name: Jack A. Levy
Law Firm: Cassidy Levy Kent (USA) LLP
Address: 2000 Pennsylvania Ave, N.W., Suite 3000
City, State and Zip: Washington, D.C. 20006
Telephone: (202) 567-2313
Fax #: (202) 567-2301
E-mail address: jlevy@cassidylevy.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/12/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 8/28/2015   Signature of pro se or counsel /s/ Jack A. Levy

cc: All attorneys of record

Reset Fields

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on August 28, 2015 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Thomas M. Beline | /s/ Thomas M. Beline |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Cassidy Levy Kent (USA) LLP |
| Address | 2000 Pennsylvania Ave, N.W., Suite 3000 |
| City, State, Zip | Washington, D.C. 20006 |
| Telephone Number | (202) 567-2316 |
| Fax Number | (202) 567-2301 |
| E-Mail Address | tbeline@cassidylevy.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields