FORM 8. Entry of Appearance　　　　　　　　　　　　　　　　　　　　　　　　Form 8

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Samsung Electronics Co., Ltd.　　v.　　United States

No. 15-1921

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for:　Samsung Electronics Co., Ltd.
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☐ Appellant　　☒ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

Name: Warren E. Connelly
Law Firm: Akin Gump Strauss Hauer & Feld LLP
Address: 1333 New Hampshire Ave., NW
City, State and Zip: Washington, D.C. 20036
Telephone: 202-887-4046
Fax #: 202-887-4288
E-mail address: wconnelly@akingump.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 28, 1984

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled

Date August 31, 2015　　Signature of pro se or counsel /s/ *[signature]*

cc: all counsel

CERTIFICATE OF SERVICE

I certify that the entry of appearance and certificate of interest that were filed today on behalf of Samsung Electronics Co., Ltd. were served by first class mail on counsel listed below on August 31, 2015.

Douglas Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Counsel for the United States

Jack A. Levy
Cassidy Levy Kent (USA) LLP
2000 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Counsel for Whirlpool Corporation

Daniel Porter
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Counsel for LG Electronics USA, Inc.

/s/ Warren E. Connelly

Warren E. Connelly